**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEY SAEPHANH, | ) Case No.: 1:10-cv-00769 SKO |
| | ) |
| | ) STIPULATION FOR DISMISSAL |
| Plaintiff, | ) AND ORDER |
| | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

-1-

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above captioned matter be dismissed with each side to bear its own costs.

DATE: November 9, 2010   Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Mey Saephanh

DATE: November 10, 2010   BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Chief Civil Division


*/s/-Shea Bond*
Shea Bond
Special Assistant United States Attorney
Attorney for Defendant

[*By email authorization on November 10, 2010]

## ORDER

Upon the parties' stipulation, it is ORDERED that this matter be DISMISSED, with each party to bear its own costs.

IT IS SO ORDERED.

Dated:   **November 15, 2010**          **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE